Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| KIMBERLY TAYLOR, et al., | JUDGE: James R. Knepp II |
| Plaintiffs, | Case No. 3:23-cv-00545-JRK |
| v. | |
| JAVITCH BLOCK, LLC, et al., | NOTICE OF DISMISSAL |
| Defendants. | WITH PREJUDICE |

Now come Plaintiffs, Kimberly Taylor and Kendall Taylor, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice, each party to bear its own fees and costs.

/s/ Joel Halvorsen
Halvorsen Klote - St. Louis
680 Craig Road, Ste. 104
St. Louis, MO 63141
joel@hklawstl.com
Attorneys for Plaintiffs Kimberly Taylor and Kendall Taylor